UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INVENTEL, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>STARCO ENTERPRISES, INC. d/b/a THE STARCO GROUP,<br><br>  Defendant. | Civil Action #:<br><br>**DISCLOSURE STATEMENT** |

The undersigned counsel for plaintiff, Inventel, LLC, certifies that this party is a non-government corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: July 24, 2012

By:   Justin H. Scheier /s/
      Justin H. Scheier
      THE SCHEIER LAW FIRM, LLC
      *Attorneys for Plaintiff*
      560 Sylvan Avenue
      Englewood Cliffs, New Jersey 07632
      201.568.3210
      js@scheierlaw.com

disclosure statement